UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Majed Issac Ijong,

    Plaintiff,

v.

State of Minnesota,

    Defendant.

Case No. 23-cv-2180 PJS/ECW

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated August 16, 2023, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: September 14, 2023

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States Chief District Judge